No. 82–5781.  THOMAS *v.* WYRICK, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 82–5785.  WOODS *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5786.  ROBINSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–5787.  POLLAK *v.* WILLIAM MARSH RICE UNIVERSITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–5794.  ANDERSON *v.* SPALDING, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–5795.  TYREE *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 82–5800.  JACKSON *v.* OKLAHOMA.  Sup. Ct. Okla. Certiorari denied.

No. 82–5801.  HADDIX *v.* OHIO LIQUOR CONTROL COMMISSION.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–5803.  FLEEK *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 82–5804.  BENNETT *v.* TULL, DIRECTOR, CAMDEN COUNTY BOARD OF SOCIAL SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 82–5807.  LARGEN *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 82–5811.  ORYNICZ *v.* WEST VIRGINIA STATE WORKMEN'S COMPENSATION COMMISSIONER.  Sup. Ct. App. W. Va.  Certiorari denied.